ILLINOIS NATIONAL INSURANCE COMPANY; Ace American Insurance Company; Arch Insurance Company; and Zurich American Insurance Company, Defendants Below–Appellants,

v.

TIAA–CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC; TIAA–CREF Investment Management, LLC; Teachers Advisors, Inc.; Teachers Insurance and Annuity Association of America; and College Retirement Equities, Plaintiffs Below–Appellees.

No. 555, 2016

Supreme Court of Delaware.

Submitted: November 17, 2016
Decided: November 29, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N14C–05–178 (CCLD)

REFUSED.

Alan T. BROOKS, Plaintiff Below, Appellant,

v.

Matt DENN, Defendant Below, Appellee.

No. 466, 2016

Supreme Court of Delaware.

Submitted: October 6, 2016
Decided: November 30, 2016
Rehearing Denied December 13, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N16M-07-161

GRANTED. AFFIRMED.